THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. ANNIE LEVINE, Individually and as Administratrix, etc., of SAMUEL LEVINE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HILDA GREENBERG v. MODERNAGE FURNITURE CO., INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSE RUBINOWITZ v. BROOKLYN ACADEMY OF MUSIC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

VIOLET E. HAMILTON HESS v. NATHANIEL J. HESS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of MITSUI & CO., LTD., for an Order Directing that an Arbitration Proceed between the Said MITSUI & CO., LTD., and HERMAN COHEN and MOSES SALWEN, Copartners, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on the Easterly Side of Cypress Avenue, etc., as a Site for the Triborough Bridge, etc. THE CITY OF NEW YORK — KENYON TRANSFORMER CO., INC.— 122 CYPRESS AVENUE HOLDING CORP.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

UNIVERSAL CREDIT COMPANY v. NELL POSNER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn. JJ.

In the Matter of the Application of WILLIAM E. RILEY for a Mandamus Order to Compel ROBERT MOSES, Commissioner of Parks of the City of New York, to Restore Him to His Civil Service Position of Laborer in the Department of Parks in the City of New York, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

JOHN M. GAIMARI v. LOUIS L. HORCH and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of REBECCA SHAPIRO for a Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

EDWARD V. MCGOVERN v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.